Asan Edigemovich KADIROV,
Petitioner,

v.

IMMIGRATION AND NATURALIZATION SERVICE; John Ashcroft, Attorney General of the United States, Respondents.

No. 01–71612.
BIA No. A77–820–691.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Dec. 5, 2002.

Submission Vacated Dec. 23, 2002.

Resubmitted May 30, 2003.

Decided Aug. 21, 2003.

Before COWEN,* HAWKINS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

The determination of the Board of Immigration Appeals ("BIA") that Petitioner Asan Edigemovich Kadirov ("Kadirov") lacked credibility on an issue going to the heart of his asylum claim (whether and under what circumstances Kadirov was assaulted by Uzbekistani nationals) is sufficiently supported by the record, as is the BIA's determination that Kadirov's em-

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

ployment difficulties did not rise to the level of persecution.

PETITION FOR REVIEW DENIED.